(Rev. 6/14/2022)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| Zenaida Romero Santana, Petitioner | Case No. 6:26-cv-00574 |
|---|---|
| VS. | |
| Kristi Noem, Sec'y, Dep't of Homeland Security, *et al.* Respondents | Judge Alexander C Van Hook Magistrate Judge David J Ayo |

**ORDER**

IT IS ORDERED that David Stoller be and is hereby admitted to the bar of this Court pro hac vice on behalf of Zenaida Romero Santana in the above described action.

SO ORDERED on this, the __26th__ day of _____February_____, 2026.

_____
U.S. Magistrate Judge