**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| ZENAIDA ROMERO SANTANA | CIVIL ACTION NO. 26-574 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| KRISTI NOEM, ET AL. | MAGISTRATE JUDGE DAVID J. AYO |

# JUDGMENT

Zenaida Romero Santana ("Petitioner") filed a petition for writ of habeas corpus and argued that her continued detention violated *Zadvydas v. Davis*, 533 U.S. 678 (2001). Petitioner has been detained since January 20, 2026, and thus, her detention exceeds the six-month period in which detention is presumptively reasonable under *Zadvydas*. 533 U.S. at 699. A final order of removal for Petitioner, a citizen of Cuba, has been in place since November 24, 2015, following a conviction for possession of marijuana. Record Document 6-1 at 2. The Magistrate Judge issued a Report and Recommendation that granted Petitioner's habeas petition and ordered her release. Record Document 11. The government has not objected to the Report and Recommendation or argued that she is an "especially dangerous individual" who should not be released. *Zadvydas*, 533 U.S. at 691.

Accordingly, the Report and Recommendation of the Magistrate Judge having been considered, and no objections having been filed, and finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended is warranted,

**IT IS ORDERED** that the Petition for Habeas Corpus, Record Document 1, is **GRANTED**.

**IT IS FURTHER ORDERED** that the Respondents, and all their officers, agents, servants, employees, attorneys, successors, assigns, and person acting in concert or participation with them are **ORDERED** to **RELEASE** the Petitioner as soon as practicable, but no later than **September 22, 2026**.

**IT IS FURTHER ORDERED** that Respondents file a **NOTICE OF COMPLIANCE** within twenty-four hours of petitioner's release.

**THE CLERK IS INSTRUCTED** that, after docketing of this judgment, electronic copies should be sent as soon as practicable to all counsel of record and the Civil Chief of the United States Attorney's Office.

**DONE AND SIGNED** at Shreveport, Louisiana, this 8th day of September, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE